IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01514-REB-KLM

WARREN WEXLER,

    Plaintiff,

v.

U.S. DEPT OF LABOR, and
UNITED STATES OF AMERICA,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Join the Instant Case No. 15-cv-2038-KLM Both to Be Judged By Magistrate Judge Kristen L. Mix** [#20] (the "Motion to Join") and on Plaintiff's **Reply Re: Plaintiff's Motion to Join the Instant Case No. 15-cv-2038-KLM Both to Be Judged By Magistrate Judge Kristen L. Mix** [#23] (the "Motion to Withdraw").[1]

    IT IS HEREBY **ORDERED** that the Motion to Withdraw [#23] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Motion to Join [#20] is deemed **WITHDRAWN**.

    Dated: April 29, 2016

---

[1] Despite the title of the Motion to Withdraw [#23], Plaintiff, who proceeds as a pro se litigant and a pro se e-filer, filed the document as a motion, which was then referred to the undersigned.  In the interest of clarity for future motions practice, however, the Court directs Plaintiff's attention to D.C.COLO.LCivR 7.1(d), which states that "[a] motion shall not be included in a response or reply to the original motion.  A motion shall be filed as a separate document."